Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Saghi M. Tehrani | Case No.: 07–40713 LT 11 |
| Debtor(s) | Chapter: 11 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 05/06/2008 dismissing the above–captioned case.

Dated: 5/6/08                    For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Doc # 66

# CERTIFICATE OF SERVICE

```
District/off: 0971-4        User: lblue           Page 1 of 2              Date Rcvd: May 06, 2008
Case: 07-40713              Form ID: DOC           Total Served: 29
```

The following entities were served by first class mail on May 08, 2008.
```
db        Saghi M. Tehrani,   2704 Danville Road,   Alamo, CA  94507-1120
smg       CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
          Sacramento, CA  94280-0001
smg       +Labor Commissioner,   1515 Clay St.,   Room 801,   Oakland, CA 94612-1463
smg       +State Board of Equalization,   Collection Dept.,   P.O. Box 942879,   Sacramento, CA 94279-0001
cr        +5R Investments,LLC,   c/o Coby R. Halavais,   1 Orchard Rd., Suite 110,
          Lake Forest, CA 92630-8315
cr        +Washington Mutual Bank,   c/o Larry Buckley,   7800 N. 113th St.,   MS:MWIB201,
          Milwaukee, WI 53224-3136
cr        +Washington Mutual Bank,   2112 Business Center Drive,   Second Floor,   Irvine, CA 92612-7135
8732158    Bank of America NA,   Attn: Mr. M-BK,   1000 Samoset Dr.,   Newark DE 19713
8753806   +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
          Seattle, WA 98121-2339
8727556   +Citi Cards,   P.O. box 6408,   The Lakes, NV  80934
8715480    Citibank,   P.O. Box 790114,   St. Louis, MO  63179-0114
8715482    MBNA America,   P.O .Box 15286,   Wilmington DE  19886-5286
8827069   +Mercedes-Benz Credit,   c/o Shermeta, Adams & Von Allmen, PC,   PO Box 80908,
          Rochester Hills, MI 48308-0908
8715483    SR Investments LLC,   C&H Trust Deed Service,   1 Orchard Raod Ste 110,
          Lake Forest, CA  92630-8315
8739799   +Target National Bank,   c/o Weinstein & Riley, P.S.,   2101 Fourth Ave., Suite 900,
          Seattle, WA 98121-2339
8715484    Washington Mutual,   P.O. Box 44118,   Jacksonvile, FL  32231-4118
8736588    Washington Mutual Bank,   P.O. Box 44090,   Jacksonville, Florida 32231-4090
8774219   +Wells Fargo Bank,   BDD-Bankruptcy Dept.,   P.O. Box 53476,   Phoenix, AZ 85072-3476
8715486    Wells Fargo Bank Visa,   P.O. Box 30086,   Los Angeles, CA  90030-0086
8721057   +Wells Fargo Bank, N.A.,   c/o Wells Fargo Card Services,   Recovery Department,   P.O. Box 9210,
          Des Moines, IA 50306-9210
```

The following entities were served by electronic transmission on May 07, 2008.
```
smg       EDI: CALTAX.COM May 07 2008 02:47:00    CA Franchise Tax Board,
          Special Procedures Bankruptcy Unit,   P.O. Box 2952,   Sacramento, CA  95812-2952
smg       EDI: IRS.COM May 07 2008 02:47:00     IRS,   P.O. Box 21126,   Philadelphia, PA  19114
8727555   EDI: AMEREXPR.COM May 07 2008 02:47:00    American Express,   P.O. Box 0001,
          Los Angeles, CA 90096-0001
8746133   EDI: BECKLEE.COM May 07 2008 02:47:00    American Express Centurion Bank,
          c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
8715479   EDI: CHASE.COM May 07 2008 02:47:00    Chase Cardmember Service,   P.O. Box 15548,
          Wilmington, DE  19886-5548
8715480   EDI: CITICORP.COM May 07 2008 02:47:00    Citibank,   P.O. Box 790114,
          St. Louis, MO  63179-0114
8731446   EDI: DISCOVER.COM May 07 2008 02:47:00     DISCOVER BANK/DISCOVER FINANCIAL SERVICES,
          PO BOX 3025,   NEW ALBANY OH 43054-3025
8715481   EDI: DISCOVER.COM May 07 2008 02:47:00    Discover,   P.O. Box 30395,
          Salt Lake City, UT  84130-0395
8717753   EDI: IRS.COM May 07 2008 02:47:00    Internal Revenue Service,   Insolvency,
          1301 Clay Street, Suite 1400S,   Oakland, Ca 94612
8715482   EDI: BANKAMER2.COM May 07 2008 02:47:00    MBNA America,   P.O .Box 15286,
          Wilmington DE  19886-5286
8715485   EDI: PROVID.COM May 07 2008 02:47:00    Washington Mutual,   P.O. Box 660487,
          Dallas, TX  75266-0487
8774219   +EDI: WFFC.COM May 07 2008 02:47:00    Wells Fargo Bank,   BDD-Bankruptcy Dept.,   P.O. Box 53476,
          Phoenix, AZ 85072-3476
8715486   EDI: WFFC.COM May 07 2008 02:47:00    Wells Fargo Bank Visa,   P.O. Box 30086,
          Los Angeles, CA  90030-0086
8721057   +EDI: WFFC.COM May 07 2008 02:47:00    Wells Fargo Bank, N.A.,   c/o Wells Fargo Card Services,
          Recovery Department,   P.O. Box 9210,   Des Moines, IA 50306-9210
                                                                            TOTAL: 14
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA  19355-0701
                                                                            TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2008                Signature:    _Joseph Speetjens_